**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lisa Barnes, Richard Barnes, and Joseph Davis,
Defendants,

Of whom Lisa Barnes is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000078

―――――――――

Appeal From Oconee County
Edgar H. Long, Jr., Family Court Judge

―――――――――

Unpublished Opinion No. 2019-UP-252
Submitted June 26, 2019 – Filed July 8, 2019

―――――――――

**AFFIRMED**

―――――――――

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Cedric Antwon Cunningham, of Kinlaw, Cunningham, and Ward, LLC, of Greenville, for Respondent.

Kimberly Renae Welchel, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Lisa Barnes appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Barnes's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.